DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
————————————————

AQUILES FERNANDEZ LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0934
————————————————

June 24, 2026

Appeal from the Circuit Court for Hillsborough County; Wesley D. Tibbals, Judge.

Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.
————————————————

Opinion subject to revision prior to official publication.